IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01640-AP

LORENZO P. TORRES

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

      **For Plaintiff:**

      James R. Koncilja, Esq.
      Koncilja & Koncilja, P.C.
      125 West B Street
      Pueblo, CO 81003
      (719) 543-9591
      (719) 543-0247 (facsimile)

      **For Defendant:**
      John F. Walsh
      United States Attorney

By:    Robert L. Van Saghi, Esq.
      Special Assistant United States Attorney
      Assistant Regional Counsel
      Office of the General Counsel
      Social Security Administration
      1961 Stout Street, Suite 1001A
      Denver, Colorado  80294
      (303) 844-1571
      (303) 844-0770 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

- A. **Date Complaint Was Filed:** June 22, 2011
- B. **Date Complaint Was Served on U.S. Attorney's Office:** September 6, 2011
- C. **Date Answer and Administrative Record Were Filed:** November 22, 2011

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of their knowledge, both parties state that the record is complete and adequate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case does not involve unusually complicated or out-of-the ordinary claims.

## 7. OTHER MATTERS

Both parties raise no other matters before the Court.

## 8. BRIEFING SCHEDULE

- A. **Plaintiff's Opening Brief Due:** February 27, 2012
- B. **Defendant's Response Brief Due:** March 27, 2012
- C. **Plaintiff's Reply Brief (If Any) Due:** April 9, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

- A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

- B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    ( x ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      Dated *Nunc Pro Tunc*: December 13, 2011.

                                                        BY THE COURT:

                                                        *s/John L. Kane*
                                                        U.S. DISTRICT COURT JUDGE

APPROVED:

                                                        UNITED STATES ATTORNEY

| s/James R. Koncilja | s/ Robert L. VanSaghi |
|---|---|
| Koncilja & Koncilja, P.C. | Robert L. VanSaghi |
| 125 West B Street | Special Assistant U.S. Attorney |
| Pueblo, CO 81003 | Assistant Regional Counsel |
| (719) 543-9591 | Office of the General Counsel |
| (719) 543-0247 (facsimile) | Social Security Administration |
| kandkpc@comcast.net | 1001 Seventeenth St. |
| Attorney for Plaintiff | Denver, CO 80202 |
| | (303)-844-1948 |
| | Robert.vansaghi@ssa.gov |
| | Attorney for Defendant |