### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01640-REB

LORENZO P. TORRES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#16] entered by Judge Robert E. Blackburn on September 20, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 21st day of September, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk